TAUFIK ABRAHAM and Another, Copartners, etc., Respondents, v. NORD DEUTSCHE INSURANCE COMPANY OF HAMBURG, GERMANY, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Laughlin, Smith, Page and Merrell, JJ.

DELIA SPELLACY, as Administratrix, etc., of THOMAS SPELLACY, Deceased, Respondent, v. HAGERTY MOTOR TRUCKING COMPANY, INC., Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Laughlin, Smith, Page and Merrell, JJ.

GEORGE H. WALKER, Appellant, v. TRULY WARNER, Respondent.— Order affirmed, with costs. No opinion. Present — Clarke, P. J., Laughlin, Smith, Page and Merrell, JJ.

LORETTA STARK, Appellant, v. MASONIC LIFE ASSOCIATION, Respondent. — Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., Laughlin, Smith, Page and Merrell, JJ.

DAVID LIEBER, Respondent, v. CHARLES & COMPANY, Appellant.— Judgment and order reversed and new trial ordered, with costs to appellant to abide event, unless plaintiff stipulates to reduce the judgment as entered to $5,385.46, including interest and costs; in which event the judgment as so modified and the order appealed from are affirmed, without costs. No opinion. Settle order on notice. Present — Clarke, P. J., Laughlin, Smith, Page and Merrell, JJ.

GEORGE CARLTON COMSTOCK, Respondent, v. JOHN T. RAINIER and Another, Appellants.— Order affirmed, with ten dollars costs and disbursements, with leave to defendants to withdraw demurrer and to answer on payment of said costs and ten dollars costs of motion at Special Term. No opinion. Present — Clarke, P. J., Laughlin, Smith, Page and Merrell, JJ.

HERMAN OPPENHEIMER, Respondent, v. HERMAN CURIEL, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Laughlin, Smith, Page and Merrell, JJ.

FRANK J. McCARRON, Respondent, v. PLEASANT STEAM LAUNDRY COMPANY, INC., Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Laughlin, Smith, Page and Merrell, JJ.

In the Matter of the Application of FRANK W. PAYNE, Appellant, for a Writ of Mandamus Directing the Officers of COONEY-DUNN COMPANY OF NEW YORK, Respondent, to Permit an Examination of the Corporate Books. — Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

CATHERINE HYLAND, Respondent, v. VALENTINE FINK, Appellant.— Determination affirmed, with ten dollars and disbursements. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

F. B. LAWRENCE, LTD., Respondent, v. WALTER HAST, Appellant, Impleaded with Another.— Order modified by striking therefrom all after the word " discontinued " and inserting " with costs to defendant to be taxed," and as so modified affirmed, with ten dollars costs and disbursements to appellant. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.